UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRON SLATER, an individual,<br><br>       Plaintiff,<br><br>    v.<br><br>U.S. FOODS, INC., a Delaware corporation d.b.a. U.S. FOODSERVICE, INC.,<br><br>       Defendant. | Case No. 2:23−cv−07705-SB-BFM<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)-(B)**<br><br>Complaint Filed:  August 16, 2023<br>Trial Date:       June 17, 2024 |

In consideration of the parties' joint stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), it is hereby ordered that the above-captioned lawsuit is DISMISSED IN ITS ENTIRETY WITH PREJUDICE.  Each party will bear its own fees and costs.

Date: January 3, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge